

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2013

No. 04-13-00248-CV

### IN RE NORTH EAST INDEPENDENT SCHOOL DISTRICT

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

On April 19, 2013, Relator North East Independent School District filed a petition for writ of mandamus. The court has determined Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 14, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-17627, *Alejandra Campista v. North East Independent School District*, pending in the 37th Judicial Court, Bexar County, Texas, the Honorable Michael Mery presiding. However, the record indicates the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas presided over the hearing, but the order complained of was signed by the Honorable Solomon J. Casseb III, presiding judge of the 288th Judicial District Court, Bexar County, Texas.